## LEE v. PARAGON GROUP CONTRACTORS

No. 49P86.

Case below: 78 N.C. App. 334.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 5 March 1986.

## MICHAEL v. MICHAEL

No. 785P85.

Case below: 77 N.C. App. 841.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 5 March 1986.

## PATTON v. PATTON

No. 50A86.

Case below: 78 N.C. App. 247.

Petition by defendant for discretionary review under G.S. 7A-31 denied as to additional issues 12 March 1986.

## ROCKWELL v. ROCKWELL

No. 730P85.

Case below: 77 N.C. App. 381.

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals denied 5 March 1986.

## SCHAFFNER v. CUMBERLAND COUNTY HOSP. SYSTEM

No. 804P85.

Case below: 77 N.C. App. 689.

Petition by defendant (Hospital) for discretionary review under G.S. 7A-31 denied 5 March 1986. Petition by defendant (Dr. C. G. Pantelakos) for discretionary review under G.S. 7A-31 denied 5 March 1986.